

240 W 35th Street Suite 405
New York, NY 10001
646-559-8314

November 1, 2023

**VIA ECF AND EMAIL**
The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: *Nixon v. Source Digital, Inc. et al.*, 1:23-cv-05218-JPC

Dear Judge Cronan:

     We represent Source Digital, Inc. in the above-referenced action. We write in regard to Your Honor's October 24, 2023 Order setting the Initial Conference for November 15, 2023 at 10:30a.m. (D.E. 18).  Defendant's counsel are currently scheduled to attend an in-person settlement conference before Magistrate Judge Parker on November 15, 2023, at 10:00 a.m (*see LB Sports Media, Inc. v. Source Digital, Inc*., 1:22-cv-04102-ER) (D.E. 31). Due to this prior scheduling conflict, we seek adjournment of the Initial Conference to December 6, 2023 or such other date that is convenient for the Court and the parties. This is Defendant's first request to adjourn the Initial Conference, and Plaintiff has consented to Defendant's request.

     Respectfully submitted,

/s Matthew F. Abbott
Matthew F. Abbott
The McMillan Firm
240 W. 35th, Suite 405
New York, NY  10001
Telephone: (646) 559-8314
Email:  matthew@thenorthstargroup.biz

Cc: All counsel of record (via ECF)

---

The request is granted.  The telephonic conference scheduled for November 15, 2023, at 10:30 a.m. is adjourned to December 6, 2023, at 11:30 a.m.  At the scheduled time, counsel for the parties should call (866) 434-5269, access code 9176261.  The deadline for providing a joint status letter and proposed case management plan, as described further in the Court's October 24, 2023, Order, *see* Dkt. 18, is adjourned to November 29, 2023, one week before the new conference date.

SO ORDERED.
Date: November 2, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge