UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
RODERICK NIXON,                                                   :
                                                                  :
                                    Plaintiff,                    :
                                                                  :            23 Civ. 5218 (JPC)
                    -v-                                           :
                                                                  :            ORDER
SOURCE DIGITAL, INC., a New York corporation,                    :
individually and doing business as "The Source"; and             :
DOES 1-10,                                                        :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 23, 2024, the Court issued an Opinion and Order granting in part and

denying in part Plaintiff's motion for summary judgment.  Dkt. 53.  On January 22, 2025, the

parties submitted a proposed pre-trial order and accompanying documents and motions.  Dkts.

55-62.  Accordingly, the parties are directed to appear for a telephonic pretrial conference on

February 10, 2025, at 4:00 p.m., to discuss next steps in this matter.  Unless the Court orders

otherwise, the Court will conduct the conference via Webex.  At the scheduled time, counsel for

all parties should call (855) 244-8681, access code 23027552307.  The Court will separately

enter the proposed pre-trial order.

        SO ORDERED.

Dated: January 23, 2025
       New York, New York                                JOHN P. CRONAN
                                                         United States District Judge