UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
:
Roderick Nixon :
: 1:23- CV-5218 (JPC)
Plaintiff, :
-v- :
: JOINT PROPOSED
: PRETRIAL ORDER
Source Digital, Inc.et al. :
Defendants. :
:
:
:
------------------------------------------------ X

This Final Pretrial Order and Proposed Trial Plan (the "Plan") is submitted by the parties in accordance with the Court's Individual Rule 7B and Rule 26(a)(3) of the Federal Rules of Civil Procedure:

    **i.**    **The full caption of the action is set forth above**

    **ii.**    **The names, addresses (including firm names), telephone numbers, e-mail addresses, and any fax numbers of trial counsel are as follows:**

For Plaintiff: Scott Alan Burroughs and David M.S. Jenkins, Doniger / Burroughs, 247 Water Street, First Floor, New York, New York, 10038, (310) 590-1820,

scott@donigerlawfirm.com, djenkins@donigerlawfirm.com

For Defendant: Matthew Abbott, The McMillan Firm, 240 West 35th St, Suite 45, New York, NY 10001, (646) 559-8314

matthew@thenorthstargroup.biz

    **iii. A brief statement by the plaintiff (or, in a removed case, by the defendant) as to the basis of subject matter jurisdiction and a brief statement by each other party as to the presence or absence of subject matter jurisdiction, each of which shall include citations to all authority relied on and relevant facts as to citizenship and jurisdictional amount.**

Subject matter jurisdiction is based on the application of a federal statute, namely the Copyright Act, at 17 U.S.C. 101 et seq. Defendant does not dispute subject matter jurisdiction.

    **iv. A brief summary by each party of the claims and defenses that the party has asserted that remain to be tried—without recital of evidentiary matters but with citations to all statutes on which the party has relied—and of any claims and defenses that the party has previously asserted that are not to be tried;**

Plaintiff: Nixon has prevailed on his copyright infringement claim and established that Defendant violated his exclusive rights under 17 U.S.C. 106. The remaining issues are is  the

1

degree to which Defendants were reckless or willful in their infringement and damages.

<u>Defendant</u>:  The Court has ruled that Defendant infringed Plaintiff's copyrights.  The issues remaining to be tried are, pursuant to 17 U.S.C. § 504, whether Defendant's infringement was innocent or willful, and what statutory damages should be properly awarded

**v. A statement by each party as to whether the case is to be tried with or without a jury, and the number of trial days needed;**

The trial will take 1-2 days, with a jury. The parties propose a trial date in late April or May. Plaintiff is amenable to a reduced-count jury and Defendant is considering the issue.

**vi. A joint statement summarizing the nature of the case, to be read to potential jurors during jury selection;**

This is a copyright infringement case. Nixon is a professional photographer and has alleged that Source Digital infringed his copyrights by reproducing and displaying them on its Instagram account. The court has already concluded that Source Digital infringed Nixon's copyrights. You must decide whether Defendant acted innocently or willfully in doing so, and the amount of damages that may be recovered by Plaintiff from Defendant.

**vii. A list of people, places, and institutions that are likely to be mentioned during the course of the trial, to be read to potential jurors during jury selection;**

   a.   Roderick Nixon

   b.   The Source Magazine

   c.   Hip-hop

   d.   Instagram

   e.   Notorious B.I.G. AKA Biggie

   f.   P. Diddy AKA Diddy AKA Puff Daddy

   g.   Lil Kim

   h.   Aaliyah

   i.   Snoop Dog AKA Snoop

   j.   Nate Dogg

   k.   Foxy Brown

   L.   Total

   M.   112

**viii. A statement as to whether all parties have consented to a trial of the case by a magistrate judge, without identifying which party or parties have or have not so consented;**

The parties have not consented but will further confer.

ix. Any stipulations of fact or law that have been agreed upon by the parties. In a jury case, the parties should memorialize any such stipulations or agreed statements of fact or law in a standalone document that can be marked and admitted at trial;

The parties stipulate as follows:

a.     Londell McMillan is the sole owner of Source Digital.

**x. A list of all trial witnesses, indicating whether such witnesses will testify in person or by deposition, whether such witnesses will require an interpreter (and, if so, which party will pay the costs for the interpreter), and a brief summary of the substance of each witness's testimony. Absent leave of the Court, a witness listed by both sides shall testify only once, with any defendant permitted to go beyond the scope of the direct examination on cross examination, and counsel should confer with respect to scheduling**

See attached

**xi. A designation by each party of deposition testimony to be offered in the party's case-in-chief, with any cross-designations and objections by any other party. For any deposition with objections, the parties shall also provide the full transcript of that deposition, unless otherwise ordered by the Court;**

None

**xii. A list by each party of exhibits to be offered in the party's case-in-chief. If a party objects to an exhibit, the objection should be noted by indicating the Federal Rule of Evidence that is the basis for the objection. If any party believes that the Court should rule on such an objection in advance of trial, that party should include a notation to that effect (e.g., "Advance Ruling Requested") as well;**

See attached.

**xiii. A statement of the damages claimed and any other relief sought, including the manner and method used to calculate any claimed damages and a breakdown of the elements of such claimed damages; and**

Actual and statutory damages as well as costs and attorneys fees under 17 USC 504, 505,.

**xiv. A statement of whether the parties consent to less than a unanimous verdict.**

The parties do not consent.

Pursuant to the Court's Individual Rule 7C, the parties have herewith or will submit joint proposed voir dire questions, a joint proposed verdict form, joint proposed jury instructions, motions in limine, and memoranda of law.

Date: January 22, 2025                                      Respectfully submitted,

| By: */s/ Matthew Abbott* | By: */s/ Scott Alan Burroughs* |
|---|---|
| Matthew Abbott<br>THE MCMILLAN FIRM<br>240 West 35th St., Suite 405<br>New York, NY 10001<br>(646) 559-8314<br>matthew@thenorthstargroup.biz | Scott Alan Burroughs, Esq.<br>DONIGER / BURROUGHS<br>247 Water Street, First Floor<br>New York, New York 10038<br>scott@donigerlawfirm.com<br>(310) 590-1820 |

SO ORDERED.

Dated: January 23, 2025                    By: _____
                                                JOHN P. CRONAN
                                                United States District Judge

4