```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RODERICK NIXON,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :          23 Civ. 5218 (JPC)
                -v-                                                    :
                                                                       :               ORDER
SOURCE DIGITAL, INC., a New York corporation,                          :
individually and doing business as "The Source"; and                   :
DOES 1-10,                                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 10, 2025, the Court held a status conference, after which the Court referred this case to the Honorable Ona T. Wang for settlement purposes. A pre-settlement conference was then held on March 12, 2025. Accordingly, the parties are directed to file a joint status letter on or before April 4, 2025, updating the Court regarding the status of settlement discussions and proposing next steps in this litigation.

SO ORDERED.

Dated: March 28, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge