UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RODERICK NIXON,                                                         :
:
Plaintiff,                                    :
:      23 Civ. 5218 (JPC)
-v-                                                          :
:      ORDER
SOURCE DIGITAL, INC., a New York corporation,                           :
individually and doing business as "The Source"; and                    :
DOES 1-10,                                                              :
:
Defendants.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As stated during the telephonic conference held on April 28, 2025, the Court will hold a final pretrial conference in this matter at 9:00 a.m. on August 28, 2025 in Courtroom 12D at 500 Pearl Street, New York, NY 10007. Trial shall begin at 9:30 a.m. on September 15, 2025.

      SO ORDERED.

Dated: April 29, 2025
      New York, New York

                                                  JOHN P. CRONAN
                                         United States District Judge