UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RODERICK NIXON,                                      :
:
                   Plaintiff,             :
:
         -v-                                 :         23 Civ. 5218 (JPC)
:
SOURCE DIGITAL, INC., a New York corporation,        :         ORDER
individually and doing business as "The Source"; and :
DOES 1-10,                                           :
:
                   Defendants.            :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Attached to this Order is the Court's current draft of *voir dire* questions for prospective jurors. The parties should be prepared to address any objections to the proposed questions at the final pretrial conference scheduled for August 28, 2025, at 9:00 a.m.

       SO ORDERED.

Dated: August 26, 2025
      New York, New York                                   JOHN P. CRONAN
                                                             United States District Judge

**DRAFT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RODERICK NIXON,<br><br>Plaintiff,<br><br>-v-<br><br>SOURCE DIGITAL, INC., a New York corporation, individually and doing business as "The Source"; and DOES 1-10,<br><br>Defendants. | : | 23 Civ. 5218 (JPC)<br><br>**VOIR DIRE FORM** |

JOHN P. CRONAN, United States District Judge:

**Summary of Case**

The Plaintiff, Roderick Nixon, is a professional photographer. He claims that the Defendant, Source Digital, Inc., violated his exclusive rights in four photographs depicting well known hip-hop artists by posting those photographs to its Instagram account without permission. The Court has already found that the Defendant is liable for copyright infringement. This trial will involve the amount of damages to which the Plaintiff is entitled.

**Questions for Potential Jurors**

Please indicate if your answer to any of the following questions is "yes." If you would prefer not to give your answer in open court, please say so.

**Part 1: General Juror Questionnaire**

1. Do you have any personal knowledge of the allegations as I have described them to you?
2. Have you seen or read anything about this case?
3. Is there anything about the nature of this case that would cause you to be unable to render a

**DRAFT**

fair and impartial verdict?

4. I am now going to introduce you to the parties and their lawyers. As I mentioned, the Plaintiff in this case is Roderick Nixon. I ask Mr. Nixon to please stand and turn to the prospective jurors. Do you, or to your knowledge does a family member or a close friend, know Mr. Nixon?

5. I will refer to Mr. Nixon as the Plaintiff. The Plaintiff is represented by David Jenkins, Mackenzie Paladino, and Scott Burroughs, who are attorneys with the law firm Doniger/Burroughs. I ask those attorneys to please stand and turn to the prospective jurors. Do you, or to your knowledge does a family member or a close friend, know Mr. Jenkins, Ms. Paladino, Mr. Burroughs, or anyone at Doniger/Burroughs?

    a. Have you, or to your knowledge has a family member or a close friend, ever been employed by Doniger/Burroughs?

    b. Have you, or to your knowledge has a family member or a close friend, had any dealings with Mr. Jenkins, Ms. Paladino, Mr. Burroughs, or Doniger/Burroughs?

6. The Defendant in this action is Source Digital, Inc., which does business as "The Source." Have you, or to your knowledge has a family member or a close friend, ever been employed by or otherwise affiliated with Source Digital?

    a. Are you familiar with The Source Magazine?

7. Source Digital is being represented by Matthew Fontaine Abbott, who is an attorney with The McMillan Firm. I ask Mr. Abbott to please stand and turn to the prospective jurors. Do you, or to your knowledge does a family member or a close friend, know Mr. Abbott or anyone at The McMillan Firm.

    a. Have you, or to your knowledge has a family member or a close friend, ever been

       employed by The McMillan Firm?

    b. Have you, or to your knowledge has a family member or a close friend, had any dealings with Mr. Abbott or The McMillan Firm?

8. During this trial, I will be assisted by several court employees, including Meghan Henrich, who is the Courtroom Deputy, and by my law clerks, Christopher Ioannou, Dore Feith, and Ben Kessler. I ask those individuals to please stand and turn to the prospective jurors. Do you, or to your knowledge does a family member or a close friend, know Ms. Henrich, Mr. Ioannou, Mr. Feith, Mr. Kessler, or me?

9. As you look around the room, do you recognize anyone you know?

10. In addition to the Plaintiff, Mr. Nixon, another potential witness is a man named Londell McMillan. Do you, or to your knowledge does a family member or a close friend, know Mr. McMillan?

11. This case may involve mentions of various well-known musical artists and groups. Have you, or to your knowledge has a family member of close friend, ever met any of the following individuals: Notorious B.I.G. also known as Biggie, P. Diddy also known as Diddy and Puff Daddy, Lil' Kim, Aaliyah, Snoop Dogg also known as Snoop, Nate Dogg, Foxy Brown, the group Total, and the group 112.

12. Have you, or to your knowledge does a family member or a close friend, ever worked in the photography industry?

13. Have you ever received any training in the use of copyrights, trademarks, or patents?

14. Have you, or to your knowledge has a family member or a close friend, ever registered anything with the U.S. Copyright Office or the U.S. Patent and Trademark Office?

15. Have you, or to your knowledge has a family member or a close friend, ever claimed to own a

**DRAFT**

copyright?

16. Have you, or to your knowledge has a family member or a close friend, ever made a complaint about a copyright, trademark, or patent violation?

17. Have you ever experienced anyone copying your work before?

18. Do you have strong feelings concerning intellectual property rights?

19. Have you, or to your knowledge has a family member or a close friend, ever had work experience as a journalist or social media influencer?

20. The function of the jury is to decide questions of fact. However, when it comes to the law, you must listen to my instructions and accept and apply the law as I explain it. Do you have any hesitation or unwillingness to apply the law as I explain it even if you disagree with it?

21. Would you have any difficulty following my instruction that you may not substitute your own notions of what the law is or what you think it should be?

22. As I will instruct you, the Plaintiff's burden of proof in this case is not proof beyond a reasonable doubt, but instead a different standard of preponderance of the evidence, which means more likely than not. Will you have difficulty following that instruction?

23. Do you have any bias, sympathy, religious beliefs, or any other concern that may prevent you from rendering a fair and impartial verdict based solely on the facts and law?

24. Have you ever studied or practiced law or worked in any capacity for a law office?

25. Do you have any opinions, positive or negative, about lawyers, judges, or the courts that may prevent you from rendering a fair and impartial verdict in this case?

26. Are you now under subpoena or, to your knowledge, about to be subpoenaed in any case?

27. Have you ever been a party, either as a plaintiff or a defendant, in a lawsuit?

    a. If yes, what was the nature of the matter and were you satisfied or dissatisfied with the

**DRAFT**

   outcome?

28. Have you ever been a witness in a trial of any type?

    a. If yes, please explain your role and the nature of the trial.

29. Do you have any reservations about discussing your opinions with other people?

30. Do you have reservations about sitting in judgment of others?

31. If you find that the Plaintiff has failed to meet his burden of proof, would you be unable to return a verdict in favor of the Defendant?

32. If you find that the Plaintiff has met his burden of proof, would you be unable to return a verdict in favor of the Plaintiff?

33. Do you have any problem with your hearing or vision that would prevent you from giving attention to all the evidence at this trial?

34. Do you have any difficulty in understanding or reading English?

35. Do you have any medical problem, are you taking any medication, or do you suffer from any condition that might interfere with your service as a juror in this case or make it difficult for you to give the case your full attention?

36. The purpose of these questions has been to try to identify any possible reasons why you might not be able to sit as a fair and impartial juror. But only you know whether there is some other matter that I did not mention that I should have asked about. Aside from the questions that I have already asked, is there anything else that might prevent you from being a fair and impartial juror in this case?

**DRAFT**

## Part 2: Individual Juror Questionnaire

1. What is your city, town or village, and county of residence?

2. How long have you lived at that residence?

    a. If less than ten years, where did you live before that?

3. How far did you go in school?

    a. What have been your areas of study?

    b. What degrees have you received?

4. Are you employed?

    a. If so what, what is your occupation?

    b. Who is your employer and where do you work?

    c. How long have you had that job?

    d. What previous jobs have you had in the past ten years?

    e. If you are retired, what position did you hold before retirement?

5. What is your marital status?

    a. If you are married, what is your spouse's educational background and current employer?

6. Are there other adults in your household?

    a. If so, what do they do?

    b. If they are retired, what did they do before retirement?

7. Do you have children?

    a. If so, how old are they?

    b. If they are adults, what do they do?

8. Are you a member of any organizations?

**DRAFT**

    a. If so, which ones?

9. Do you use social media, such as X, Facebook, TikTok, or Instagram?

    a. If so, do you post content on social media?

    b. If so, about how often do you post content on social media?

10. What are the sources, if any, from which you learn the news?

11. What radio stations, podcasts, and television programs do you regularly tune in to?

12. What kind of music do you regularly listen to?

13. What do you like to do in your spare time?

14. Have you previously served on the jury, whether in a civil or criminal trial, or as a grand juror?

    a. If so, how many times have you served as a juror?

    b. For each time you have served as a juror:

        i. Was the case criminal or civil?

        ii. Were you the foreperson?

        iii. Did the jury reach a verdict? (Please do not tell me what the verdict was.)