UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
RODERICK NIXON,

                        Plaintiff,

              -v-                        23 Civ. 5218 (JPC)

SOURCE DIGITAL, INC., a New York corporation,    ORDER
individually and doing business as "The Source"; and
DOES 1-10,

                        Defendants.
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record, Defendant's motions *in limine*, Dkt. 61, are granted in part and denied in part; Plaintiff's motion to seal, Dkt. 67, also is granted in part and denied in part. Defendant's objections on hearsay grounds to Exhibits P2 and P5 are overruled. *See* Dkt. 60 at 1-2. The Clerk of Court is respectfully directed to close the motions at Docket Number 61 and Docket Number 67.

      SO ORDERED.

Dated: August 28, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge